# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. RC INVESTMENTS, LLC, an Oklahoma Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-13-409-L<br>) |
| 1. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, A Foreign For Profit Insurance Corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, RC Investments, LLC and Defendant, Travelers Casualty Insurance Company of America, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

By    s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

*/s/ Darrell W. Downs, OBA #12272*
R. Stratton Taylor, OBA #10142
Darrell W. Downs, OBA #12272
E-mail Address:  ddowns@soonerlaw.com
Taylor, Burrage, Foster, Mallett, Downs, Ramsey & Russell
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:  (918) 343-4100
Fax: (918) 343-4900
And
Matthew S. Ponzi, *admitted pro hac vice*
E-mail Address:  mponzi@fgppr.com
Brian E. Devilling, *admitted pro had vice*
E-mail Address:  bdevilling@fgppr.com
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone:  (312) 863-5000
Fax:   (312) 863-5099
Counsel for Defendant